Provident Mutual Life Insurance Company of Philadelphia et al., appellees, v. Wilton B. Martin, appellant. Gen. No. 38,916.

Opinion filed May 21, 1936. Rehearing denied May 29, 1936.
Charles A. Williams and J. B. Hugg, for appellant. Gordon, Pierce, Edmonds & Martin, for appellee; Elbridge Bancroft Pierce, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Lilla H. Walter, appellee, v. Martin Durkin et al., appellants. Gen. No. 38,099.

Opinion filed May 26, 1936. Rehearing denied June 12, 1936.
Otto Kerner, Attorney General, for appellants; W. C. Clausen, E. B. Dickerson, Assistant Attorney General, and J. J. Neiger, of counsel. Michael F. Ryan, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Charles Breyer et al., appellants, v. Edna E. Andrews et al., defendants. Clara Dierschmidt, appellee. Gen. No. 38,422.

Opinion filed May 26, 1936.
Jacob Levy, for appellants; Edward McTiernan, of counsel. Owens & Owens, for appellee.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

R. B. Hayward Company, appellant, v. The Lundoff-Bicknell Company, appellee. Gen. No. 38,433.

Opinion filed May 26, 1936. Rehearing denied June 12, 1936.
C. S. Bentley Pike and Norman A. Boholm, for appellant. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Jesse H. Brown, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.